

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: JARETH CARDENAS, | § | No. 08-21-00034-CR |
| Appellant, | § | Appeal from the |
| | § | 394th District Court |
| | § | of Culberson County, Texas |
| | § | (TC# 5684) |
| | § | |

## **O R D E R**

Pending before the Court is Appellant's Motion to expedite his appeal pursuant to 31.2 (b). The motion is granted.

IT IS SO ORDERED this 20th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.